**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JAMES ANDRE COVERSON,** : | |
| Plaintiff : | |
| v. : | **CASE NO. 5:07-CV-17 (HL)** |
| **BETTY LANCE, et al,** : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 33) filed November 1, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 3rd day of December, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**